HENRY DUMARY, Respondent, *v.* UNITED TRACTION COMPANY,
Appellant.

*Dumary* v. *United Traction Co.,* 134 App. Div. 989, affirmed.
(Argued March 2, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 10, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict in an action on contract.

*P. C. Dugan* for appellant.

*Murray Downs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

LYDIA MARKGRAF, Respondent, *v.* FELLOWSHIP OF SOLIDARITY,
Appellant.

*Markgraf* v. *Fellowship of Solidarity,* 134 App. Div. 984, affirmed.
(Argued March 2, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 27, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court in an action
upon a policy of life insurance.

*Miles M. Dawson* for appellant.

*Max Solomon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.